[No. 36256-9-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. TAN VAN
LE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-00367-4, Marsha J. Pechman, J., entered
March 10, 1995. *Dismissed* by unpublished per curiam
opinion.

[No. 36909-1-I.   Division One.   April 22, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. L.A.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-8-02989-4, Marsha J. Pechman, J., entered
June 20, 1995. *Reversed* by unpublished per curiam
opinion. Now published at 82 Wn. App. 275.

[No. 37882-1-I.   Division One.   April 22, 1996.]

*In the Matter of the Personal Restraint Petition of*
MICHAEL W. BERGSETH, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06284-9, James A. Noe, J., entered
December 20, 1993. *Remanded* by unpublished per curiam
opinion.

[No. 14312-1-III.   Division Three.   April 25, 1996.]

SOARING EAGLE ORCHARDS, INC., *Respondent*, v.
HERBERT T. THOMAS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant
County, No. 93-2-00338-9, Evan E. Sperline, J., entered
August 22, 1994. *Reversed* and *dismissed* by unpublished
opinion per Munson, J., concurred in by Sweeney, C.J.,
and Schultheis, J.